## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: MCNEIL CONSUMER HEALTHCARE,
ET AL., MARKETING AND SALES PRACTICES
LITIGATION

MDL No. 2190

(SEE ATTACHED SCHEDULE)

CW 11-86

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 8, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* F.Supp.2d (J.P.M.L. 2010). Since that time, 1 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Mary A McLaughlin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge McLaughlin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 8, 2010, and, with the consent of that court, assigned to the Honorable Mary A McLaughlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MCNEIL CONSUMER HEALTHCARE,
ET AL., MARKETING AND SALES PRACTICES
LITIGATION                                                                    MDL No. 2190

## SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| OREGON | | | |
| OR | 3 | 11-00086 | State of Oregon et al v. Johnson &Johnson et al |